# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

2008 APR 24 P 3:27

UNITED STATES OF AMERICA )
vs )
Melissa Aguayo-Hernandez )

CASE NUMBER 08MJ8278

ABSTRACT OF ORDER

Booking No. 06154298

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of 4-24-08

the Court entered the following order:

✓ Defendant be released from custody.

___ Defendant placed on supervised / unsupervised probation / supervised release.

___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.

___ Defendant released on $___ bond posted.

___ Defendant appeared in Court. FINGERPRINT & RELEASE.

___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.

___ Defendant sentenced to TIME SERVED, supervised release for___ years.

___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court:

___dismissing appeal filed.

___ Bench Warrant Recalled.

___ Defendant forfeited collateral.

✓ Case Dismissed.

___ Defendant to be released to Pretrial Services for electronic monitoring.

___ Other.___

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR. Clerk
by E. Flores
Deputy Clerk

Received___
DUSM

Crim-9 (Rev 6-95)

★ U.S. GPO: 1998-783-398/40151

CLERKS' COPY